IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WILLIAM TEMPLIN,<br>    #02154580 | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | CIVIL ACTION NO.  4:20cv360 |
| DIRECTOR, TDCJ-CID | § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that the petition for writ of habeas corpus should be denied and dismissed with prejudice. Petitioner, with the assistance of counsel, filed objections.

In the objections, Petitioner disagrees with the Magistrate Judge's review of his claims and the conclusions reached. Petitioner asserts that the Magistrate Judge's findings are contrary to the record and in error. Despite his arguments, Petitioner fails to demonstrate that trial counsel's representation fell below an objective standard of reasonableness or that there is a reasonability probability that, but for trial counsel's alleged unprofessional errors, the result of the proceeding would have been different. *See, e.g.*, *Strickland v. Washington*, 466 U.S. 668 (1984). Petitioner fails to show the Report and Recommendation is in error or that he is entitled to habeas relief.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this 6th day of June, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE